| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | STEVEN DE SALVO |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 199904 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7032/(619) 235-2757 (Fax) |
|   | Email: steven.desalvo@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08R0650-JM |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | NOTICE OF APPEARANCE |
| v. | ) |  |
|  | ) |  |
| MATTHEW CHARLES KENNEDY, LAWRENCE DOSS, AND SANDRA BNI, | ) ) ) ) |  |
| Defendant. |  |  |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

Steven De Salvo

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>:

    None

Please call me if you have any questions about this notice.

DATED: March 24, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Steven De Salvo

_____
STEVEN DE SALVO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: steven.desalvo@usdoj.gov

NOTICE OF APPEARANCE

2

| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0650-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| MATTHEW CHARLES KENNEDY, | ) | |
| LAWRENCE DOSS, AND SANDRA | ) | |
| BNI, | ) | |
| | ) | |
| Defendant. | | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Joan Kerry Bader

Law Offices of J Kerry Bader
964 Fifth Avenue
Suite 214
San Diego, CA 92101-6128
(619)699-5995
Email: kbader1270@aol.com

John Ellis
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Email: john_ellis@fd.org

Shaun Khojayan

Shaun Khojayan and Associates
121 Broadway
Suite 338
San Diego, CA 92101
(619)338-9110
Fax: (619)338-9112
Email: shaun@khojayan.com

NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case: |
| 2 | None |
| 3 | the last known address, at which place there is delivery service of mail from the United States Postal Service. |
| 4 | |
| 5 | I declare under penalty of perjury that the foregoing is true and correct. |
| 6 | Executed on March 24, 2008.<br>          s/ Steven De Salvo<br>          STEVEN DE SALVO |

NOTICE OF APPEARANCE

4