**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Linda A King laking@N2.net, vbm_5562@yahoo.com

Joan Kerry Bader kbader1270@aol.com, kbader1270@yahoo.com

U S Attorney CR Efile.dkt.gc2@usdoj.gov

Shaun Khojayan shaun@khojayan.com, hashen@khojayan.com

John C Ellis, Jr john_ellis@fd.org, marylou_belteton@fd.org

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

- `(No manual recipients)`

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    March 28, 2008                                 s/Shaun Khojayan
                                                         Shaun Khojayan, Declarant