UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff<br><br>vs.<br><br>Kennedy, et al.<br><br>          Defendant(s) | CRIMINAL NO. 08CR650-JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/<u>Magistrate Judge,</u>   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Pedro Santos-Peralta

DATED:  5-1-08

RECEIVED _____
                  DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
         Deputy Clerk