```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant KENNEDY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>v.                                   )<br>                                     )<br>                                     )<br>MATTHEW WILLIAM KENNEDY,             )<br>                                     )<br>            Defendant.               )<br>_____) | CASE NO. 06CR0650JTM<br><br>DATE: May 23, 2008<br>TIME: 11:30 a.m.<br><br><br><br>PROOF OF SERVICE |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
     STEVEN DESALVO ASSISTANT UNITED STATES ATTORNEY:

   The defendant, Matthew Kennedy, by and through his counsel, Kerry Bader, has served the Court and Assistant United States Attorney Steven DeSalvo on this date with Mr. Kennedy's notice of motion and motions to dismiss the indictment, to suppress evidence and statements, and any identification, to compel discovery and wiretaps, for joinder and for leave to file further motions.

Dated:  May 19, 2008     Respectfully submitted,

                         //JOAN KERRY BADER

                         JOAN KERRY BADER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28