1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant KENNEDY

5
                    UNITED STATES DISTRICT COURT
6
                   SOUTHERN DISTRICT OF CALIFORNIA
7
                    **(HONORABLE JEFFREY T. MILLER)**
8
   UNITED STATES OF AMERICA,        )   CASE NO. 06CR0650JTM
9                                   )
              Plaintiff,             )   DATE: May 23, 2008
10                                  )   TIME: 11:30 a.m.
   v.                               )
11                                  )
                                    )
12 MATTHEW WILLIAM KENNEDY,         )
                                    )   PROOF OF SERVICE
13            Defendant.            )
   _____)
14
   TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
15        STEVEN DESALVO ASSISTANT UNITED STATES ATTORNEY:

16
        The defendant, Matthew Kennedy, by and through his counsel, Kerry
17
   Bader, has served the Court and Assistant United States Attorney Steven
18
   DeSalvo on this date with Mr. Kennedy's request for order shortening
19
   time for his notice of motion and motions to dismiss the indictment, to
20
   suppress evidence and statements, and any identification, to compel
21
   discovery and wiretaps, for joinder and for leave to file further
22
   motions.
23
   Dated:  May 19, 2008     Respectfully submitted,
24
                                 //JOAN KERRY BADER
25
                                 JOAN KERRY BADER
26

27

28

                                 1                           08cr0650JTM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28