1  KAREN P. HEWITT
   United States Attorney
2  STEVEN DE SALVO
   Assistant U.S. Attorney
3  California State Bar No. 199904
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7032/(619) 235-2757 (Fax)
   Email: steven.desalvo@usdoj.gov
6
7  Attorneys for Plaintiff
   United States of America

8            UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10                                   )  Criminal Case No. 08CR0650-JM
                                     )
11  UNITED STATES OF AMERICA,        )
                                     )
12                                   )  APPLICATION FOR ORDER
                          Plaintiff, )  SHORTENING TIME
13                                   )
                     v.              )
14                                   )
    SANDRA BNI (3),                  )
15                                   )
                          Defendant. )
16  ─────────────────────────────────

17          COMES NOW the plaintiff, United States of America, by and through its counsel, Karen

18  P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, and

19  hereby moves this Court for an order shortening time for the filing of its Response and Opposition

22  to Defendant's motions to: (1) dismiss counts 3, 6, and 9 based on unconstitutional vagueness, (2)

23  grant bill of particulars;(3) sever case from co-defendants; compel further discovery; (5) grant leave

24  to file further motions.  The grounds for this application are set forth in the attached declaration.

25          DATED: May 20, 2008
                                        Respectfully submitted,
26
                                        KAREN P. HEWITT
27                                      United States Attorney

28                                      s/Steven De Salvo
                                        ─────────────────────────────
                                        STEVEN DE SALVO
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

**DECLARATION OF STEVEN DE SALVO**

I, Steven De Salvo, hereby declare as follows:

1.    I am an Assistant United States Attorney for the Southern District of California.

2.    I am assigned to the above-captioned case, which is set for a Motion Hearing on May 23, 2008, at 11 a.m.

3.    The defense on behalf of Ms. Bni filed its Motion to Dismiss the Indictment and Suppress Statements on March 28, 2008.  On April 11, 2008, the court continued the hearing on the motions to May 23, 2008.  Under the local rules, the response of the United States should have been filed, at the latest, on May 9, 2008, which is 14 days prior to the May 23 Motion Hearing.

4.    Due to the complexity of issues presented by Defendant's motion, and due to the fact that I was busy preparing for trial on May 19 in an unrelated case, the United States needed additional time to prepare its response.

5. Additional motions have been filed by co-defendants within the last week.  The Court's clerk has informed me that the Motion Hearing likely will be continued to a later date to accommodate a timely hearing for the latest motions.

6. Accordingly, the United States respectfully requests that the Court allow the Government's response to be filed late, on May 20, 2008.

Dated: May 20, 2008                    /s/ Steven De Salvo

_____
STEVEN DE SALVO
Assistant U.S. Attorney

2

1

2

3                       UNITED STATES DISTRICT COURT

4                     SOUTHERN DISTRICT OF CALIFORNIA

5    UNITED STATES OF AMERICA,          )    Criminal Case No. 08CR0050-JM
                                        )
6                          Plaintiff,   )
                                        )
7                 v.                    )    CERTIFICATE OF SERVICE
                                        )
8    SANDRA BNI (3),                    )
                                        )
9                         Defendant.    )
                                        )
10   ─────────────────────────────      )

11   IT IS HEREBY CERTIFIED THAT:

12          I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years
     of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13
            I am not a party to the above-entitled action.  I have caused service of GOVERNMENT'S
14   RESPONSE AND OPPOSITION TO DEFENDANT SANDRA BNI'S MOTIONS on the
     following parties by electronically filing the foregoing with the Clerk of the District Court using
15   its ECF System.

16          **Shaun Khojayan**

17          **John C. Ellis**

            **Kerry Bader**
18

19          I declare under penalty of perjury that the foregoing is true and correct.

22          Executed on May 20, 2008.

23                                                  s/ Steven De Salvo_____
                                                    STEVEN DE SALVO
24

25

26

27

28