1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant KENNEDY

5

                    UNITED STATES DISTRICT COURT
6
                   SOUTHERN DISTRICT OF CALIFORNIA
7
                   **(HONORABLE JEFFREY T. MILLER)**
8
   UNITED STATES OF AMERICA,          )     CASE NO. 06CR0650JTM
9                                     )
                     Plaintiff,       )     DATE: May 30, 2008
10                                    )     TIME: 11:00 a.m.
   v.                                 )
11                                    )
                                      )
12 MATTHEW CHARLES KENNEDY,           )
                                      )MOTION FOR ORDER SHORTENING TIME
13                   Defendant.       )
   _____)
14
   TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
15      STEVEN DESALVO ASSISTANT UNITED STATES ATTORNEY:

16
        The defendant, Matthew Kennedy, by and through his counsel, Kerry
17
   Bader, respectfully asks the Court for an Order Shortening Time for his
18
   notice of motion and motions to dismiss the indictment, to suppress
19
   evidence and statements, and any identification, to compel discovery and
20
   wiretaps, for joinder and for leave to file further motions four days
21
   before the motion hearing because defense counsel conducted more
22
   research and filed more motions than was anticipated.  Mr. Kennedy has
23
   no objection to a continuance if deemed necessary.
24
   Dated:  May 21, 2008    Respectfully submitted,
25
                                      //JOAN KERRY BADER
26
                                      JOAN KERRY BADER
27

28

                                1                          08cr0650JTM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08cr0650JTM