UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr650-JM |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING MOTION TO SHORTEN TIME |
| SANDRA BNI (3), | ) | |
| Defendant. | ) | |

A Motion Hearing was scheduled before Judge Miller in this matter on *May 23, 2008 at 11:00 a.m.* The matter has been continued to *May 30, 2008.* The last day for the parties to timely file their Responses prior to the original hearing date was *May 16, 2008.* The government's Response in Opposition was filed on *May 20, 2008.* The document was accepted by the Court, albeit marked LATE. Therefore, Defendant's Motion for an Order Shortening time is moot. Counsel is reminded to comply with the timely filing requirements delineated in the Federal Rules of Criminal Procedure and the Local Rules in the future.

**IT IS SO ORDERED.**

DATED: May 22, 2008

Hon. Jeffrey T. Miller
United States District Judge