1  SHAUN KHOJAYAN (#197690)
   LAW OFFICES OF SHAUN KHOJAYAN
2   & ASSOCIATES, P.L.C.
   121 Broadway, Suite 338
3  San Diego, CA  92101
   Telephone:     (619) 338-9110
4  Facsimile:     (619) 338-9112
   Email: shaun@khojayan.com
5
   Attorney for Defendant Bni
6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JEFFREY T. MILLER)**

11  UNITED STATES OF AMERICA,              Case No.: 08CR650JM

12              Plaintiff,                  Date: August 29, 2008
                                            Time: 1:30 p.m.
13       v.
                                            MOTION TO JOIN IN DEFENDANT
14  SANDRA BNI (3),                         MATTHEW WILLIAM KENNEDY'S
                                            MOTION TO SUPPRESS EVIDENCE
15              Defendant.

16

17
    TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
18       STEVEN D. DESALVO, ASSISTANT UNITED STATES ATTORNEY:

19       Defendant Sandra Bni hereby moves to Join in co-defendant Matthew William Kennedy's

20  Motion to Suppress Evidence.

21       Government agents entered the trailer at Space No. 13 without a warrant or exigent

22  circumstances, in violation of the Fourth Amendment to the United States Constitution. Mr.

23  Kennedy maintains that the entry was without his consent. *See* Kennedy's Mot. To Suppress

24  Evidence (Docket #43, 55). Ms. Bni, as a guest in the trailer, has standing to object to the entry and

25  Fourth Amendment violation. *See Minnesota v. Olson*, 495 U.S. 91 (1990). Her presence in the

26  trailer is not in dispute and therefore no declaration to dispute this fact is reasonably necessary.

27  Therefore, Ms. Bni respectfully seeks to adopt the legal arguments contained in Mr. Kennedy's

28  motions to suppress evidence and those to be argued at the hearing on this matter. Permitting Ms.

Bni to join in co-defendant Matthew William Kennedy's Motion to Suppress Evidence and Statements and Suppress Identification, would be time effective and cost effective.

The fruits of this illegal search should be suppressed. *See id.*; *Taylor v. Alabama*, 457 U.S. 687 (1982). Given the entry without warrant, exigent circumstances or consent, the Court should suppress the alleged statements made by Mr. Kennedy to the Border Patrol, any objects taken from the trailer and people within the trailer, and the statements and identities of the people found in the trailer. *Wong Sun v. United States*, 371 U.S. 471 (1963).

Thus, Ms. Bni respectfully requests an order granting her request to Join in Mr. Kennedy's Motions to Suppress Evidence.

Dated: August 11, 2008

Respectfully submitted,
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.

 s/ Shaun Khojayan   _____
SHAUN KHOJAYAN
Attorney for Defendant Bni
Email: shaun@khojayan.com