# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Joan Kerry Bader kbader1270@aol.com, kbader1270@yahoo.com

Steven D De Salvo steven.desalvo@usdoj.gov, efile.dkt.gc1@usdoj.gov, monica.zamora@usdoj.gov

John C Ellis , Jr john_ellis@fd.org, marylou_belteton@fd.org

Shaun Khojayan shaun@khojayan.com, hashen@khojayan.com

Linda A King laking@N2.net, vbm_5562@yahoo.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case.

None.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2008                    _s/ Shaun Khojayan_____
                                          Shaun Khojayan, Declarant