```
 1  JOAN KERRY BADER
    California State Bar No. 172586
 2  964 Fifth Avenue, Suite 214
    San Diego, California  92101-6128
 3  Telephone:  (619) 699-5995
    FAX (619) 699-5996
 4  Attorney for Defendant Kennedy

 5
                   THE UNITED STATES DISTRICT COURT
 6            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                   THE HON. Jeffrey T. Miller
 7
    THE UNITED STATES OF        )    CASE 08cr0650JTM
 8  AMERICA                     )
                                )    August 29, 2008
 9  v.                          )    11:00 a.m.
                                )    PROOF OF SERVICE
10                              )
                                )
11  MATTHEW KENNEDY,            )
              Defendant         )
12                              )
    _____)
13  TO: KAREN HEWITT, UNITED STATES ATTORNEY;
        STEVEN DE SALVO, ASSISTANT UNITED STATES ATTORNEY
14

15
         Defendant Matthew Kennedy, by and through his attorney, J. Kerry
16
    Bader, hereby files additional motions and a motion for order shortening
17
    time on government counsel on this date.
18

19
    Respectfully submitted,          /s/ Joan Kerry Bader
20                                   Joan Kerry Bader
                                     Attorney for Matthew Kennedy
21  Dated: August 24, 2008
```

1                                                                08CR0650